# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

IN THE MATTER OF**: DARREL ALLEN SCHAFER**               CASE NO:  **04-02531-8-SWH**
**KIMBERLY LYNN SCHAFER**

## REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **WELLS FARGO FINANCIAL**<br>**3210 LAKE EMMA ROAD**<br>**STE 2000**<br>**LAKE MARY, FL 32746** | $226.66 | 11/5/09 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**June 23, 2010**                                    /s/ Trawick H. Stubbs, Jr.
                                                            **TRAWICK H. STUBBS, JR.**
                                                            **CHAPTER 13 TRUSTEE**
                                                            **P. O. BOX 1618**
                                                            **NEW BERN, NC  28563**
                                                            **(252) 633-0074**